**In re Geoffrey H. WHITE and Weiyun Yu.**

No. 2008–1312.

United States Court of Appeals, Federal Circuit.

June 26, 2008.

Richard A. Neifeld, Principal Attorney, Neifeld IP Law, PC, Alexandria, VA, for Geoffrey H. White, Weiyun Yu.

Stephen Walsh, Principal Attorney, Frances M. Lynch, William Lamarca, of Counsel Attorney, Patent & Trademark Office, Arlington, VA, for Jon W. Dudas.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**TRUST FOR Travis M. CHRISTENSEN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3302.

United States Court of Appeals, Federal Circuit.

June 26, 2008.

J. Reid Prouty, Department of Justice, Washington, DC, for Respondent.

Gregory A. Castanias, Clark Evans Downs, Jones Day, Washington, DC, for Petitioner.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).